IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | | ACTION NO. 6:05CR14 |
| TIMOTHY MARK BOWLING | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION
ON SUPERVISED RELEASE

The above-entitled and numbered action was referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. It appearing that the proposed findings and recommendation was announced in open court by the Magistrate Judge at the conclusion of the revocation hearing, and the Defendant and the Government waived their right to file objections, such proposed findings and recommendation will be considered.

After due consideration, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

ORDERED that the Defendant's term of supervised release NOT be REVOKED and the Defendant's original term of supervised release is continued for the original term.

**SIGNED this 29th day of June, 2005.**

_____
WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE